

# IN THE
## TENTH COURT OF APPEALS

### No. 10-18-00166-CR

**CHRISTOPHER MCINTYRE,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 66th District Court**
**Hill County, Texas**
**Trial Court No. F257-17**

## MEMORANDUM OPINION

Appellant, Christopher McIntyre, appeals his conviction of two counts of assault of a public servant. *See* TEX. PENAL CODE ANN. § 22.02(b)(1) (2011). Appellant now brings a motion to dismiss his appeal because, pursuant to a plea bargain in another case, he has waived his right to appeal in this case.

Appellant's motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P.

42.2(a); *Marsh v. State*, 444 S.W.3d 654, 660 (Tex. Crim. App. 2014) (record evidenced a

clear waiver of appeal).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Appeal dismissed
Opinion delivered and filed July 18, 2018
Do not publish
[CR25]

